

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALFONSO DAVILA, | § | No. 08-23-00253-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| THE STATE OF TEXAS, | § | of Reeves County, Texas |
| Appellee. | § | (TC#20-02-08685-CRR) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF DECEMBER 2023.


GINA M. PALAFOX, Justice


Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)